IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00275–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     JUVENAL RAMIREZ-BIRRUETA,
        a/k/a "Juvenal Ramirez,"
3.     RAFAEL RAMIREZ-BIRRUETA,
        a/k/a "Rafael Ramirez,"
        a/k/a "Rafael Ramirezbirrueta,"
7.     ANA NEMECIA OROZCO (OROSCO),
        a/k/a "Ana Guereca,"
8.     BEATRIZ MUÑOZ-CARRILLO,
        a/k/a "Beatriz Muñoz,"
        a/k/a "Beatriz Carillo,"
9.     LUZ ELENA RODRIGUEZ-CARRILLO,
        a/k/a "Luz Rodriguez,"
        a/k/a "Luz Carrillo,"
11.     JOSE MARTINEZ,
        a/k/a "Jose E. Martinez-Horta,"
        a/k/a "Juan Encarnacion Horta-Martinez,"
        a/k/a "Juan Martinez-Horta,"
        a/k/a "J. Encarnacion Martinez Horta,"
        a/k/a "J. Encarnacion Martinez,"
        a/k/a "Jose Encarnacion Martinez-Hoerta,"
12.     TAD ASA DAVIS,
14.     ADRIAN ALLEN ROMERO,
15.     EVARISTO OROSCO (OROZCO),
        a/k/a "Evaristo Gonzalez,"
        a/k/a "Evaristo Orosco-Gonzalez,"
16.     MARTHA OROSCO (OROZCO),
        a/k/a "Martha Enriquez De Orozco,"
20.     ROBERT J. CLARK,
        a/k/a "R.J. Clark,"

21. JULIANA MONICA ATENCIO,
       a/k/a "Juliana Monica Hernandez,"
23. CYNTHIA OROSCO (OROZCO),

   Defendants.

# MINUTE ORDER

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

A Status Conference is set for 9/17/2008 from 10:45 AM until 11:15 AM in Courtroom A201 before Chief Judge Edward W. Nottingham.

Dated: August 27, 2008