IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00275-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     JUVENAL RAMIREZ-BIRRUETA,
3.     RAFAEL RAMIREZ-BIRRUETA,
7.     ANA NEMECIA OROZCO,
8.     BEATRIZ MUÑOZ-CARRILLO,
9.     LUZ ELENA RODRIGUEZ-CARILLO,
11.     JOSE MARTINEZ,
12.     TAD ASA DAVIS,
14.     ADRIAN ALLEN ROMERO,
15.     EVARISTO OROSCO,
16.     MARTHA OROSCO,
21.     JULIANA ATENCIO, and
23.     CYNTHIA OROSCO,

    Defendants.

---

**ORDER**

---

THIS MATTER comes before me on the Government's Petition for Reconsideration filed on March 30, 2010 [d/e 1600]. The motion seeks reconsideration of my Order of March 17, 2010 [d/e 1592] wherein I denied the Government's motion to "correct" Judge Edward Nottingham's Order of July 17, 2008 [d/e 1447]. The instant motion provides that, "[w]ith respect to the conclusion that the Court is barred from acting by the passage of time in this case at this date, the Government respectfully submits the Order is in error." Govt's Mot., ¶1. The Government misapprehends the substance of my Order as I did not conclude that the passage of time bars the Government's requested relief. I did, however, emphasize that a motion filed soon after Judge Nottingham issued his July 17, 2008 Order

would have been the preferred method for addressing the Government's present concerns. Moreover, a more timely motion would have allowed Judge Nottingham, the judge who issued the findings of fact and legal conclusions the Government now seeks to "correct", to have considered the Government's request in the first instance. In any event, nothing in my prior Order would indicate that the passage of time alone acts as a bar to the Government's requested relief.

I further decline the Government's invitation to hold a four-hour hearing to consider anew each of the "*Franks*-like statements" the Government seeks to "correct". Govt's Mot., ¶13. As stated in my prior Order, which I do not find in error, "I remain unconvinced that Judge Nottingham misapprehended the law or the facts in the manner suggested by the Government." *See* Order of March 17, 2010, p. 6. Accordingly, it is hereby

ORDERED that the Government's Petition for Reconsideration filed on March 30, 2010 [d/e 1600] is **DENIED** and I further decline the Government's request for a hearing on the petition for reconsideration.

Dated: April 7, 2010

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE