UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00275-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.     RAFAEL RAMIREZ-BIRRUETA,
7.     ANA NEMECIA OROZCO,
8.     BEATRIZ MUÑOZ-CARRILLO,
9.     LUZ ELENA RODRIGUEZ-CARILLO,
11.     JOSE MARTINEZ,
12.     TAD ASA DAVIS,
14.     ADRIAN ALLEN ROMERO,
15.     EVARISTO OROSCO,
16.     MARTHA OROSCO,
21.     JULIANA ATENCIO, and
23.     CYNTHIA OROSCO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    An all-day hearing to address the Government's money laundering expert, Defendants' return of property motions and severance issues is set for **Wednesday, September 8, 2010 at 9:00 a.m.**

    Dated: June 11, 2010